UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY L. KIRK,

        Plaintiff,

                                      Case No. 5:03-cv-151

v.

                                      Hon. Wendell A. Miles

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

## JUDGMENT APPROVING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      On December 18, 2006, United States Magistrate Judge Hugh W. Brenneman, Jr., issued a Report and Recommendation ("R & R") recommending that the Commissioner's decision be affirmed in this matter. No objections were filed to the R & R.

      The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, and having reviewed the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R.

          Therefore, the court hereby approves and adopts the R & R as the decision of the court. The final decision of the Commissioner of Social Security is AFFIRMED.  Plaintiff's claim for Supplemental Security Income is denied.

Dated:  January 10, 2007                                               /s/ Wendell A. Miles
                                                                                 Wendell A. Miles
                                                                                 Senior U.S. District Judge